**No. 57843.**—Hudson Shipping Co., Inc., and Caspe Knitwear Co. *v.* United States, protest 185564–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of spun nylon or synthetic textile fiber, plied, the same in all material respects (except that it is plied) as that the subject of *Holeproof Hosiery Co.* v. *United States* (27 Cust. Ct. 176, C. D. 1366), the claim of the plaintiffs was sustained.